*In re* RIGOBERTO MARTÍNEZ CRUZ.

*Número:* TS-3041          *Resuelto:* 19 de agosto de 2005

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *Rigoberto Martínez Cruz*, peticionario.

SALA ESPECIAL DE VERANO integrada por el JUEZ PRESIDENTE SEÑOR HERNÁNDEZ DENTON y los JUECES ASOCIADOS SEÑORES FUSTER BERLINGERI y RIVERA PÉREZ.

## RESOLUCIÓN

Examinadas la Moción en Contestación a Resolución, del Colegio de Abogados de Puerto Rico, y la Moción Informativa y Sometiendo Caso Finalmente, del peticionario Lcdo. Rigoberto Martínez Cruz, *el Tribunal declara "con lugar" la solicitud del licenciado Martínez Cruz de darse de baja voluntariamente del Colegio de Abogados.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

*(Fdo.)* Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*